Submitted on record and briefs June 30, affirmed July 18, 1977

STATE OF OREGON, *Respondent,*
*v.*
ANITA LORRAINE MOTT, *Appellant.*
(No. DA 125701, CA 7767)
566 P2d 211

Albert W. Hoguet, Metropolitan Public Defender, Portland, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

Affirmed. *State v. Krummacher,* 269 Or 125, 523 P2d 1009 (1974).